

**Jonathan Marc Davidoff, Esq.**
Admitted in New York and Florida
**Danielle Shayne Shapero, Esq.**
Admitted in New York

**Aaron R. Resnick, Esq.**
Admitted in Florida, of Counsel
**Derek A. Schwartz, Esq,**
Admitted in Florida, of Counsel

February 3, 2022

via ECF and Email (Michael_Ruocco@nysd.uscourts.gov and GardepheNYSDChambers@nysd.uscourts.gov) only
Hon. Paul G. Gardephe
United States District Court, Southern District of New York
40 Foley Square, Room 2204
New York. New York 10007

Re:   *Illuminex Diamonds Corp. v. Veronica Chou, et.al.*
Case No. 18-cv-01751

**Memo Endorsed:** The application is granted. The conference currently scheduled to take place on February 10, 2022 is adjourned to March 3, 2022 at 12:15 p.m.

Dated:  February 3, 2022

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge

Dear Judge Gardephe:

This Firm represents the Plaintiff in the above referenced action. Please accept this letter as the parties' joint request for a one month adjournment of the Court's conference schedule for February 10, 2022 at 10:00am.

Since the Court's decision entered on January 24, 2022, the parties have engaged in settlement discussions and have made great progress. The parties require an additional month to hopefully consummate a settlement of the claims in this action. The Defendant resides abroad, and delays are attributed to timing of communications. Thus, the parties respectfully request this adjournment.

The parties thank the Court for its time and consideration of this request

Respectfully submitted,


Jonathan Marc Davidoff, Esq.

cc:   All Parties of Record via ECF



228 East 45th Street
Suite 1110
New York, NY 10017
Tel: (212) 587-5971
Fax: (212) 658-9852

www.DavidoffLawFirm.com

100 North Biscayne Blvd
Suite 1607
Miami, FL 33132
Tel: (305) 672-7495
Fax: (305) 718-0647